IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

Minor J.S. by her Next Friend NATHAN SEARCY, and JAMIE AND NATHAN SEARCY, Individually,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:16-cv-04266-NKL

## ORDER OF DISMISSAL

Having approved the settlement of this case, Doc. 153, and it appearing that no issue remains for the Court's determination, Doc. 154, it is hereby

ORDERED that the above-styled action is DISMISSED in its entirety, with prejudice. Each party shall bear its own costs, expenses, and fees not previously allocated by order of the Court. By virtue of this Order of Dismissal, the Court is divested of jurisdiction over this action, the parties' settlement, and the United States as a party herein.

                                              s/ Nanette K. Laughrey
                                              NANETTE K. LAUGHREY
                                              United States District Judge

Dated: June 6, 2019
Jefferson City, Missouri